# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2024

## NO. 03-23-00082-CR

**Darren Latodd Houston, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.